# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                          **CASE NO: 5:13-cr-20-Oc-10PRL**

**LUCIEN FRANK SOBOLEWSKI**

## ORDER

On October 17, 2013, the Court held a hearing to determine the mental competency of the Defendant. For the reasons explained below, the Court finds by a preponderance of the evidence that the Defendant is mentally competent to stand trial as provided in 18 U.S.C. § 4241(d).

On September 5, 2013, the Court entered its order for mental competency examination of the Defendant, pursuant to 18 U.S.C. § 4241(b) based upon the request of counsel for the Defendant. The Defendant was evaluated on September 17, 2013 at the University of Florida Brain Institute in Gainesville, Florida by Almari Ginory, D.O., Assistant Professor of Forensic Psychiatry. After evaluation, a psychiatric evaluation report was prepared by Dr. Ginory. After performing the psychiatric evaluation of the Defendant, Dr. Ginory opined that the Defendant was mentally competent to stand trial.

At the hearing the parties stipulated on the record that the Court could receive as evidence the psychiatric evaluation report in lieu of testimony. The Defendant and the Government were offered the opportunity to present other evidence regarding the issue of mental competency and, other than the psychiatric evaluation report, the parties did not present any other evidence.

Accordingly, based upon the opinion in the psychiatric evaluation report, the Court hereby finds by a preponderance of the evidence that the Defendant is mentally competent to

stand trial to the extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

**DONE** and **ORDERED** in Chambers in Ocala, Florida on October 17, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Court Security Officers